NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

---

**SOCIEDAD ESPANOLA DE ELECTROMEDICINA Y CALIDAD, S.A.,**
*Plaintiff - Appellant*

v.

**BLUE RIDGE X-RAY COMPANY, INC., DRGEM USA, INC., DRGEM CORPORATION,**
*Defendants - Appellees*

---

15-1102

---

Appeal from the United States District Court for the Western District of North Carolina in case no. 1:10-cv-00159-MR United States District Judge Martin Reidinger

---

ON MOTION

O R D E R

Upon consideration of the Appellees', Blue Ridge X-Ray Company, Inc., Drgem USA, Inc., and, Drgem Corporation, unopposed motion to extend time to file a principal brief response until February 26, 2015,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

January 12, 2015         /s/ Daniel E. O'Toole
                         Daniel E. O'Toole
                         Clerk of Court